FILED
May 16 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ RhondaU    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAQUIN URIOSTEGUI-ROMERO,<br><br>Defendant. | Case No. '18 CR2428 BTM<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about April 21, 2018, within the Southern District of California, defendant, JUAQUIN URIOSTEGUI-ROMERO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//
//
//
//

LES:kst:San Diego
4/30/18

It is further alleged that defendant was removed from the United States subsequent to March 23, 2018.

DATED: 5/16/18.

ADAM L. BRAVERMAN
United States Attorney

LAWRENCE E. SPONG
Assistant U.S. Attorney